■ In the Matter of IRVING TRUST COMPANY, Respondent-Appellant, against TAX COMMISSION OF THE CITY OF NEW YORK, Appellant-Respondent.— Order unanimously reversed on the law and in the exercise of discretion, the assessments reinstated and the petition dismissed, with $20 costs and disbursements to respondent-appellant-respondent. We find that the total assessment is not less than the value of land and building. Settle order. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ. [See post, p. 834.]

■ SIDNEY WEISNER v. 791 PARK AVENUE CORPORATION et al.— Motion dismissed, having become academic by virtue of the decision of this court in Weisner v. 791 Park Ave. Corp. (7 A D 2d 75). Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD WINKELMAN against ELEANOR M. WINKELMAN.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Frank and Bastow, JJ.